

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00164-CV

TODD GALLAHER, Appellant

v.

DENTON MEDIA COMPANY, INC.
D/B/A DENTON RECORD CHRONICLE,
Appellee

§ On Appeal from the 158th District Court

§ of Denton County (20-4102-16)

§ June 9, 2022

§ Memorandum Opinion by Justice Kerr

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the trial court's judgment is affirmed.

It is further ordered that Appellant Todd Gallaher must pay all costs of this appeal.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
Justice Elizabeth Kerr